BEFORE THE FIRST DIVISION, SEPTEMBER 20, 1967

**No. P67/310.**—Polk's Modelcraft Hobbies, Inc. *v.* United States, protests 60/28609, etc. (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *Gamble Vargish & Co., dba Seabury & Co.* v. *United States* (57 Cust. Ct. 448, C.D. 2834), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 20, 1967

**No. P67/311.**—Fred Roberts and W. J. Byrnes & Co. et al. *v.* United States, protests 59/13275, etc. (San Francisco).

**No. P67/312.**—United China & Glass Co. *v.* United States, protests 63/19379–16587, etc. (New Orleans).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 25, 1967

**No. P67/313.**—Seaway Importing Co. *v.* United States, protests 65/18518, 65/20324, and 65/20328 (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.